**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV11-0635-PHX-SRB |
| ) | CR93-0158-PHX-SRB |
| Plaintiff-Respondent, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Monique Pierette Mountain, ) | |
| ) | |
| Defendant-Movant. ) | |
| ) | |

      Movant, Monique Pierette Mountain, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §§ 1651 and 2255 on March 31, 2011. The Movant was allowed to file a supplemental memorandum and on June 7, 2011 filed a Petition for Writ of Error Coram Nobis. The United States filed its response in opposition on September 6, 2011 and Movant filed her reply on November 22, 2011.

      The Magistrate Judge filed his Report and Recommendation on July 19, 2012 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be dismissed and the Petition for Writ of Error Coram Nobis be denied.

      In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

IT IS FURTHER ORDERED that Movant's Motion to Vacate, Set Aside, or Correct Sentence is dismissed. (Doc. 1)

IT IS FURTHER ORDERED that Movant's Petitioner for Writ of Error Coram Nobis is denied.  (Doc. 8)

DATED this 7th day of August, 2012.

_____
Susan R. Bolton
United States District Judge

- 2 -